| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>ADRIAN T. KINSELLA<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | **FILED**<br>Apr 17, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**SEALED** |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>3140 MT MACLURE DRIVE, STOCKTON, CALIFORNIA 95212 | CASE NO. 2:20-sw-0346 KJN<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 04/17/2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SEALING ORDER