PHILLIP A. TALBERT
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Mar 17, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | ORDER |
| 3140 MT MACLURE DRIVE, STOCKTON, CALIFORNIA 95212 | 2:20-sw-0346 KJN |
| A MAROON 2002 HONDA ODYSSEY BEARING CALIFORNIA LICENSE PLATE 8GPB044 | 2:20-sw-0347 KJN |
| THE PERSON OF JAMEL STINSON, DOB XX/XX/1980 | 2:20-sw-0348 KJN |
| | **UNDER SEAL** |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrants and affidavits underlying the search warrants in the above-entitled proceedings shall remain filed under seal, and shall not be disclosed to any person, unless otherwise ordered by this Court. The United States may provide a copy of each file in discovery for *United States v. Jamel Duppre Stinson*, 2:20-cr-0114-WBS. The United States may also provide a copy of the instant order and the underlined motion to the defense.

//

//

//

[PROPOSED] SEALING ORDER

Defense counsel shall not disclose these documents to person other than the defendant, defense law clerks, paralegals, secretaries, experts, consultants, or investigators involved in the representation of the defendant in this case.

Dated:   March 17, 2021

_____
Hon. Jeremy D. Peterson
U.S. MAGISTRATE JUDGE