PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
Apr 22, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS; |
| 3140 MT MACLURE DRIVE, STOCKTON, CALIFORNIA 95212 | 2:20-sw-0346 KJN |
| A MAROON 2002 HONDA ODYSSEY BEARING CALIFORNIA LICENSE PLATE 8GPB044 | 2:20-sw-0347-KJN |
| THE PERSON OF JAMEL STINSON, DOB XX/XX/1980 | 2:20-sw-0348 KJN |

**[PROPOSED] ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

Dated: April 22, 2024

The Honorable Jeremy D. Peterson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS;